UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

KRISTIE BELD,

      Plaintiff,

v.

AMERICAN STRATEGIC
INSURANCE CORP,

      Defendant.

Civil Action No. 3:21-cv-00690-CHB

**AGREED MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF AND TO TEMPORARILY SUSPEND PRETRIAL DEADLINES**

As was discussed with Magistrate Judge Edwards and counsel for defendant, Matthew Breetz, at the status conference on September 26, 2022, Morgan & Morgan, P.A. and Hans M. Pfaffenberger, attorneys for Plaintiff, Kristie Beld, move to withdraw as counsel in this case because of irreconcilable differences have arisen between Plaintiff and counsel for Plaintiff. As counsel stated on September 26, Ms. Beld wishes the opportunity to hire new counsel to pursue her claims. Counsel understood from the status conference that the defendant does not object to this motion, and counsel has shared this motion with defense counsel prior to filing and can state that defense counsel has no objection to this motion. As defense counsel agreed during the status conference, discovery to date has been minimal and there is not much discovery left to conduct in the case and it would be expected that new counsel could get up to speed quickly.

WHEREFORE, Morgan & Morgan, P.A. and Hans M. Pfaffenberger respectfully request that this Court enter an order allowing their withdraw as counsel for Plaintiff Kristi Beld and to temporarily suspend the pretrial deadlines in order to allow new counsel the opportunity to comply with upcoming deadlines.

Respectfully submitted,

/s/ Hans M. Pfaffenberger
Hans M. Pfaffenberger, Esq.
Morgan & Morgan, P.A.
420 West Liberty Street, Suite 260
Louisville, KY 40202
hpfaffenberger@forthepeople.com
*Counsel for Plaintif, Kristie Beld*

## CERTIFICATE OF SERVICE

I hereby certify that, on this 3rd day October 2022, I served this document through electronic mail upon the following:

Matthew W. Breetz
mbreetz@stites.com
Neil Barton
nbarton@stites.com
STITES & HARBISON PLLC
400 West Market Street
Suite 1800
Louisville, KY 40202-3352
Telephone: (502) 587-3400
*Counsel for American
Strategic Insurance Corp.*

Kristie Beld
5403 Cedarwood Drive
Louisville, KY 40272
Kbeld1213@aol.com
*Plaintiff*

/s/ Hans M. Pfaffenberger
Hans M, Pfaffenberger
*Counsel for Plaintiff Kristie Beld*